**Fill in this information to identify the case:**

Debtor 1: Julie (First Name) J (Middle Name) Beaudette (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Illinois, Western Division

Case number (If known): 14-80736

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form B 3B), the court orders that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[X] **Denied.** The debtor must pay the $306 filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $76.50 | 3-25-14 |
| $76.50 | 4-25-14 |
| $76.50 | 5-27-14 |
| + $76.50 | 6-27-14 |
| Total $306.00 | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at _____ AM / PM at _____
   Month / day / year                                Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

MAR 12 2014        By the court: _____
Month / day / year                  United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

RE:   **Julie J. Beaudette,**
      Case No. 14-80736

    I certify that on March 12, 2014 I caused a copy of the attached **Order on the Application to Have the Chapter 7 Filing Fee Waived** to be served on the following parties via the Court's electronic notification system or via First Class Mail(\*\*):

**Julie J Beaudette\*\***
5445 Avalon Lane
Lake In The Hills, IL 60156

**Timothy Brown**
Law Office of Timothy Brown
1520 Carlemont Drive, Suite M
Crystal Lake, IL 60014

**James E Stevens**
Barrick, Switzer, Long, Balsley & Van Ev
6833 Stalter Drive
Rockford, IL 61108

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715


*/s/ Mimi Kuczynski*
Mimi Kuczynski, Courtroom Deputy